Delores NORWOOD, etc. et al.,
Plaintiffs-Appellees,

v.

D. L. HARRISON, Sr. et al.,
Defendants-Appellants.

No. 79–2393
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.
Unit A

April 24, 1981.

Peter M. Stockett, Jr., Asst. Atty. Gen. of Miss., Jackson, Miss., for defendants-appellants.

Bill Lann Lee, Jack Greenberg, New York City, for plaintiffs-appellees.

Before BROWN, POLITZ and TATE, Circuit Judges.

PER CURIAM:

This appeal presents issues essentially identical to those resolved by this Court in *Gates v. Collier*, 616 F.2d 1268 (5th Cir. 1980), on petition for rehearing, 636 F.2d 942, rehearing en banc denied, 641 F.2d 403 (1981). On the strength of *Gates*, the Order of the District Court, as amended, is affirmed in all respects.

AFFIRMED.